United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY NAIMAN,<br>　　　　　Plaintiff,<br>　　v.<br>PSG CONSTRUCTION LLC,<br>　　　　　Defendant. | Case No. 21-cv-04942-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 13 |

　　　　On November 28, 2021, Plaintiff filed a notice of settlement. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

　　　　The Court VACATES the January 7, 2022 deadline to file a status report or motion for entry of default. (*See* Dkt. No. 12.)

　　　　IT IS SO ORDERED.

Dated: December 6, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge